

ORIGINAL

FILED

02/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0003

# IN THE SUPREME COURT OF THE STATE OF MONTANA

### PR 22-0003

FILED

FEB 08 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF DUSTIN L. KUIPERS FOR
LEAVE TO SIT FOR BAR EXAMINATION

O R D E R

Dustin L. Kuipers has petitioned the Court for permission to sit for the February 2022 Montana Bar Exam. Rule III.I, Rules of Admission to the Bar of Montana, requires that an applicant who has been unsuccessful in three or more attempts to take the Bar Exam must obtain permission from the Court to retake the exam, and must "include a study plan and an explanation of the steps taken and to be taken by the applicant to improve the likelihood of the applicant's successful completion of the examination."

The petition sets forth a plan for Kuipers to prepare for the exam, including registration in a national preparatory program. The State Bar reports that Kuipers has previously submitted the necessary documentation to sit for the February 2022 exam administration. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Dustin L. Kuipers for leave to sit for the February 2022 administration of the Montana Bar Examination is GRANTED.

The Clerk is directed to mail a copy hereof to Dustin L. Kuipers and to the Bar Admissions Administrator of the State Bar of Montana.

DATED this 8 day of February, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices